JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVID ALFANO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. E. SPEARMAN, Warden,<br><br>　　　　　Respondent. | Case No. 2:17-cv-08430-JLS (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is DENIED.

DATED: August 13, 2018

_____
Josephine L. Staton
UNITED STATES DISTRICT JUDGE